3

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA  93720
PHONE:  (559) 435-2100
FAX:     (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: 13-15831-A-7 |
| JAMES HENRY WATSON and | DC No.: SAS-2 |
| BRENDA JOYCE WATSON | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtors. | Date:     February 26, 2014<br>Time:    9:00 a.m.<br>Dept:    A,  Courtroom 11,  Fresno<br>Honorable Fredrick E. Clement |

Sheryl S. Strain Chapter 7 Trustee of the above-referenced bankruptcy estate ("Trustee") brings this Motion to Sell Personal Property and respectfully represents as follows:

1. Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2. James Henry Watson and Brenda Joyce Watson ("Debtors") filed under Chapter 7 of the Bankruptcy Code on August 29, 2013, and an order for relief was entered.

/ / /

/ / /

-1-

3. This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a). This is a core proceeding under 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4. Among the assets of this bankruptcy estate are the following antiques: Hall Tree, China Side by Side, 2 Oak Side Boards, 3 Tables, Sofa Table, Bow Front Table, Bow Front Chest, Oak Table, Square Oak Table, Serpentine Highboy, 4-piece 1930's Bedroom Furniture, Princess Dresser and Buffet ("Antiques"), which based on Trustee's investigation, has an approximate fair market value of $3,400.00.

5. The Debtors' schedules listed the value of the Antiques at $500.00.

6. Trustee has negotiated a sale of the non exempt equity in the Antiques to Debtors for a net amount to the estate of Two Thousand Two Hundred Eighty Five and 00/100 Dollars ($2,285.00). The total sum of $2,285.00 has been received by the estate and deposited to the bankruptcy estate account.

7. In deciding to accept the proposed offer, Trustee took into consideration the fair market value of the Antiques as determined by her auctioneer, and if sold at auction, the costs associated with taking possession of, storing, and selling the Antiques at auction. Trustee does not believe that the estate would net a higher amount by selling the Antiques at auction. The sale is subject to higher and better bid at the time of the hearing.

8. Any person wishing to bid on the property that is the subject of this motion must:

a) Notify the Trustee in writing at 575 E. Alluvial Avenue, Suite 101, Fresno, California of such intent no less than fourteen (14) days prior to the hearing.

b) Attend the sale hearing set for February 26, 2014 at 9:00 by the Honorable Fredrick E. Clement, United Stated Bankruptcy Judge, in Courtroom 11, Fifth Floor, United States Federal Building, 2500 Tulare Street, Fresno, California.

c) Bring a cashier's check to the hearing, payable to Sheryl Strain, Trustee for the Watson Estate of for the already agreed upon sale price of $2,285.00.

        d)  The successful bidder must pay any remaining balance due within 5 days of the entry of a Court order approving the sale at the bidding.

    9.    Should qualified bidders be present at the hearing, the Trustee requests that the Court consider an initial higher bid be set at be $2,500.00 and thereafter bidding in incremental increases of $100.00 until a winning bidder is determined.

    10.    Trustee believes that sale of the Antiques on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** Trustee in this case prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described assets to Debtors for the total sum of $2,285.00.

DATED:  January 22, 2014                    /s/ Sheryl A. Strain  
                                                    SHERYL A. STRAIN  
                                                    Chapter 7 Trustee

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY